IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LENA DAVENPORT, an adult individual, | CIVIL ACTION |
| Plaintiff, | No. 2:13-CV-250 |
| vs. | Honorable Judge David Cercone |
| BOROUGH OF HOMESTEAD, a Municipal Corporation; ET AL. | MOTION TO EXTEND DEADLINES |
| Defendants. | Filed on behalf of Defendants Schweitzer, Matakovich, Kennedy, Gorecki, Boyko, and City of Pittsburgh |

## MOTION TO EXTEND DEADLINES

AND NOW, come the Defendants Schweitzer, Matakovich, Kennedy, Gorecki, and Boyko by and through undersigned counsel, Bryan Campbell, Esq., and file the within *Motion to Extend Deadlines* and in support thereof aver the following:

1. The Court set deadlines on for discovery and pretrial documents on September 18, 2104. (Doc. No. 65).

2. On December 16, 2014, the Court set a status conference for December 23, 2014. (Doc. No. 66).

3. At this status conference, the parties discussed the need to finish depositions to close discovery. Most importantly, the Defendants stated that the deposition of Donald Burris was crucial to finalizing discovery. The parties believed the deposition would occur shortly after Donald Burris's sentencing on January 6, 2015.

4. Donald Burris filed a Complaint for a federal lawsuit on December 17, 2104 at docket number 2:14-cv-1704. The City of Pittsburgh Defendants filed a Motion to Consolidate the within matter with Burris's case on January 27, 2015. That motion has not been decided due to Plaintiffs' counsel opposition.

5. The deposition has not been completed due to Burris's counsel's objection to the deposition. Without this deposition, the Defendants cannot adequately address Plaintiff's claims and support their defenses.

6. The moving Defendants request this Honorable Court extend deadlines for discovery and motions for summary judgment following the scheduling deposition of Donald Burris.

Respectfully submitted,

*/s/ Bryan Campbell, Esq.*

330 Grant Street
Suite 2620
Pittsburgh, PA 15219
412-642-7667
bryancmpbl@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25${}^{th}$ day of March, 2015, I served the foregoing *Motion to Extend Deadlines* to the following Counsel via CM/ECF Filing System:

J. Kerrington Lewis, Esq.
Lewis, Lewis, & Reilly
1040 Fifth Avenue
Pittsburgh, PA 15219

Michael Kennedy, Esq.
City of Pittsburgh Law Dept.
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219

Mark Hamilton, Esq.
Cipriani & Werner
650 Washington Road, Suite 700
Pittsburgh, PA 15228

*/s/ Bryan Campbell, Esq.*
Bryan Campbell, Esq.