IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LENA DAVENPORT,** an adult individual, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:13cv250 |
| | ) | **Electronic Filing** |
| **BOROUGH OF HOMESTEAD**, a Municipal Corporation; **CITY OF PITTSBURGH**, a Municipal Corporation; **IAN STRANG**, individually and in his official capacities as a Police Officer of the Borough of Homestead; **JAMES ILGENFRITZ**, individually and in his official capacities as a Police Officer of the Borough of Homestead; **LOU SCHWEITZER**, individually and in his official capacities as a Police Officer of the City of Pittsburgh; **STEPHEN MATAKOVICH**, individually and in his official capacities as a Police Officer of the City of Pittsburgh; **CALVIN KENNEDY**, individually and in his official capacities as a Police Officer of the City of Pittsburgh; **THOMAS GORECKI,** individually and in his official capacities as a Police Officer of the City of Pittsburgh; and **NATHAN HARPER**, in his official capacity as Chief of Police of the City of Pittsburgh, **JEFFREY DeSIMONE**, IN HIS CAPACITY AS Chief of Police of Borough of Homestead, and **IGOR BOYKO**, individually and in his official capacity of a Police Officer of the City of Pittsburgh, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this 5th day of June, 2015, upon due consideration of the City of Pittsburgh Officer defendants' motion to extend deadlines, IT IS ORDERED that [76] the motion be, and

the same hereby is, **GRANTED**. Section A of the Case Management Order dated May 29, 2013, is amended as follows:

1. Fact and Expert Discovery shall be completed by **July 13, 2015**.

3. Any supplements to Plaintiff's pretrial statement shall be filed on or before **July 27, 2015**.

4. Defendants' pretrial statement or any supplements thereto shall be filed on or before **August 10, 2015**.

5. Counsel shall confer, complete, and file their pretrial stipulation on or before **August 17, 2015**.

6. All dispositive motions shall be filed on or before **September 28, 2015**.

All other terms and conditions of the Case Management Order dated May 29, 2013, shall remain in full force and effect.

s/David Stewart Cercone  
David Stewart Cercone,  
United States District Judge

cc:   J J. Kerrington Lewis, Esquire  
　　　Michael E. Kennedy, Esquire  
　　　Daniel D. Regan, Esquire  
　　　Matthew S. McHale, Esquire  
　　　Mark R. Hamilton, Esquire  
　　　Philip J. Sbrolla, Esquire  
　　　Jeffrey T. Criswell, Esquire  
　　　Bryan Campbell, Esquire  
　　　Allison N. Lachat, Esquire

　　　(*Via CM/ECF Electronic Mail*)