## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LENA DAVENPORT,** an adult individual, )<br><br>Plaintiff, )<br><br>v. )<br>)<br>**BOROUGH OF HOMESTEAD**, a )<br>Municipal Corporation; **CITY OF** )<br>**PITTSBURGH**, a Municipal Corporation; )<br>**IAN STRANG**, individually and in his )<br>official capacities as a Police Officer of the )<br>Borough of Homestead; **JAMES** )<br>**ILGENFRITZ**, individually and in his )<br>official capacities as a Police Officer of the )<br>Borough of Homestead; **LOU** )<br>**SCHWEITZER**, individually and in his )<br>official capacities as a Police Officer of the )<br>City of Pittsburgh; **STEPHEN** )<br>**MATAKOVICH**, individually and in his )<br>official capacities as a Police Officer of the )<br>City of Pittsburgh; **CALVIN KENNEDY**, )<br>individually and in his official capacities )<br>as a Police Officer of the City of Pittsburgh; )<br>**THOMAS GORECKI,** individually )<br>and in his official capacities as a Police )<br>Officer of the City of Pittsburgh; and )<br>**NATHAN HARPER**, in his official )<br>capacity as Chief of Police of the City )<br>of Pittsburgh, **JEFFREY DeSIMONE**, )<br>in his official capacity of Chief of Police )<br>of Borough of Homestead, and )<br>**IGOR BOYKO**, individually and in )<br>his official capacity of a Police Officer )<br>Of the City of Pittsburgh, )<br>)<br>Defendants. ) | 2:13cv250<br>**Electronic Filing** |

### **STATUS CONFERENCE**

Appear for Plaintiff:     J. Kerrington Lewis, Esquire
Appear for Defendant:  Paul Krepps, Esquire
                                      Jeffrey Criswell, Esquire
                                      Matthew McHale, Esquire
                                      Julie Koren, Esquire, Esquire

| | |
|---|---|
| Hearing date: | 3/13/18 |
| Hearing begun: | 3:30 p.m. |
| Hearing concluded: | 4:30 p.m. |
| Stenographer: | None |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS:  The Clerk met with counsel to determine the appropriate measures for completing pretrial development. This court will enter an order effectuating the mandate of the Appeals Court. Counsel for the remaining parties to meet and confer to determine whether an agreement can be reached on the remaining <u>Monnell</u> claim. In the event such an agreement cannot be reached, counsel for the remaining city defendants to further consider the options regarding the same. Counsel for the remaining parties to further consider the neutral and ADR process highlighted by the Clerk at the status conference. A status conference will be set for April 3, 2018, at 4:00 p.m. Appropriate orders will follow.